■ STEPHANIE ROSE et al., Appellants, v AYELET REALTY Co. et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Leonard Cohen, J.), entered on August 20, 1990, unanimously affirmed for the reasons stated by Leonard Cohen, J., with costs. No opinion. Concur—Murphy, P. J., Carro, Kupferman and Smith, JJ.

■ BANKERS TRUST COMPANY, Respondent, v VIOLA SOMMER et al., Appellants.—Order, Supreme Court, New York County (David Saxe, J.), entered on February 1, 1990, unanimously affirmed for the reasons stated by David Saxe, J., with costs. Motion by appellants to enlarge the record is denied. No opinion. Concur—Rosenberger, J. P., Kupferman, Kassal and Rubin, JJ.

■ PEOPLE v WILLIAM DAVIS.—Upon the Court's own motion, its order entered on November 14, 1989 (155 AD2d 286) vacated, in its entirety; poor-person relief previously granted is continued, counsel to serve brief on defendant's appeal from order of August 1, 1988 on or before July 15, 1991, with his brief on defendant's appeal from the judgment to remain in effect, the appeals, sua sponte, consolidated for the October 1991 Term, and defendant permitted to file supplemental pro se brief for said Term, all as indicated. Concur—Carro, J. P., Kupferman, Ross, Asch and Smith, JJ.

■ In the Matter of JAMES P. REGAN, a Disbarred Attorney. —Motion for reinstatement granted only insofar as to refer the application for reinstatement to the Departmental Disciplinary Committee for a hearing as indicated. Concur—Sullivan, J. P., Milonas, Ross, Kassal and Rubin, JJ.